Certification of Judgment (AO 451 Rev - DC 9/29/03)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

BRANCH BANKING & TRUST COMPANY

    Plaintiff(s)

    v.                                      Civil Action No. 06-00318(RMC)

HUDSON RIVER PARTNERS, L.P.
    Defendant(s)

## CERTIFICATION OF JUDGMENT
## FOR REGISTRATION IN ANOTHER DISTRICT

I, NANCY MAYER-WHITTINGTON, Clerk of this United States District Court certify that the attached judgment is a true and correct copy of the original judgment entered in this action on ____April 20, 2007____, as it appears in the records of this court, and that:

[X] No notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed.

[ ] No notice of appeal from this judgment has been filed, and any motions of the kinds listed in Rule 4(a) of the Federal Rules of Appellate Procedure have been disposed of, the latest order disposing of such a motion having been entered on _____.

[ ] An appeal was taken from this judgment and the judgment was affirmed by mandate of the Court of Appeals issued on _____.

[ ] An appeal was taken from this judgment and the appeal was dismissed by order entered on _____.

IN TESTIMONY WHEREOF, I sign my name and affix the seal of this Court on November 19, 2007.

NANCY MAYER-WHITTINGTON, Clerk

By: _____
        Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BRANCH BANKING & TRUST COMPANY,

Plaintiff,

v.

HUDSON RIVER PARTNERS, L.P., et al.,

Defendants.

Case No. 1:06CV00318
Judge Rosemary M. Collyer

## FINAL JUDGMENT

Pursuant to the Order of Dismissal entered by this Court on January 5, 2007 [Docket No. 28], and it appearing that the Defendants have not made the required settlement payment; and that the Plaintiff has filed the requisite *Praecipe* to reopen the case for entry of final judgment against the Defendants, accordingly, it is this 20 day of April, 2007,

**ORDERED**, that Final Judgment be entered against the Defendants, Hudson River Partners, L.P., Hudson River Partners, Inc., HRP Finance Corporation, and Douglas P. Bennett, jointly and severally, in the amount of Seven Hundred Twenty-One Thousand, Twelve Dollars and Eighty-Six Cents ($721,012.86), plus interest accruing from February 13, 2006 until the date paid at the *per diem* rate of $180.74.

*/s/ Rosemary M. Collyer*
United States District Judge

U:\greenberg\CLIENT\BB&T\Hudson River Partners\Litig\Final Judgment 4-5-07.wpd

ECF DOCUMENT
I hereby attest and certify that this is a printed copy of a document which was electronically filed with the United States District Court for the District of Columbia.
Date Filed: 4/20/07
NANCY MAYER-WHITTINGTON, CLERK
By: /s/ 
11/19/07